IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARLON H. VAN HOOK,          )<br>                              )<br>    Plaintiff,               )<br>                              )<br>    v.                        )<br>                              )<br>ANTHONY BROWN, et al.,        )<br>                              )<br>    Defendants.               )<br>                              )<br>                              ) | Case No. 24-cv-2527-RJD |

**ORDER**

**DALY, Magistrate Judge:**

Plaintiff filed this lawsuit pro se pursuant to 42 U.S.C. §1983, alleging that Defendants violated his civil rights at the St. Clair County Jail. The Court entered an Initial Scheduling Order that gave Plaintiff a deadline of July 7, 2025 to provide Defendants with his Initial Disclosures. Doc. 36. On August 1, 2025, Defendants filed a Motion to Compel, explaining to the Court that they had never received Plaintiff's Initial Disclosures. Doc. 37. Plaintiff did not respond to the Motion to Compel. The Court granted the motion on September 2, 2025 and ordered Plaintiff to send his Initial Disclosures to Defendants by September 16, 2025. Doc. 38. On September 17, 2025, Defendants filed a Motion for Sanctions, explaining that they had not received the disclosures. Doc. 39. On September 24, 2025, the Court entered an Order to Show Cause, giving Plaintiff a deadline of October 24, 2025 to file a pleading that explains why this case should not be dismissed for Plaintiff's failure to prosecute. Doc. 40. Plaintiff was warned that this case would be dismissed with prejudice if he did not comply with the Order to Show Cause. Doc. 40.

Plaintiff never responded to the Order to Show Cause, nor did he file a Response to Defendants' Motion for Sanctions.

It appears that Plaintiff has lost interest in this case. This Court has the "inherent authority to dismiss a case *sua sponte* for a plaintiff's failure to prosecute." *O'Rourke Bros. Inc. v. Nesbitt Burns, Inc.*, 201 F.3d 948, 952 (7th Cir. 2000). Dismissal is appropriate here because Plaintiff failed to comply with the Court's three previous Orders. Docs. 36, 38, 40. Consequently, this case is DISMISSED WITH PREJUDICE. Defendants' Motion for Sanctions is DENIED AS MOOT and all pending deadlines are VACATED. The Clerk of Court is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:   October 28, 2025**

*s/ Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**